

# NUMBER 13-24-00271-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ESTHER C. DE LA GARZA,**                                                    **Appellant,**

**v.**

**MARISELDA VELA,**                                                          **Appellee.**

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 5
## OF NUECES COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on its own motion. On May 21, 2024, appellant Esther C. De La Garza filed a notice of appeal from a May 2, 2024 judgment in trial court cause number 2024CCV-60192-5. On January 7, 2025, the Clerk of the Court notified appellant that the brief was past due, and that the appeal is subject to dismissal for want

of prosecution if the brief is not received on or before January 28, 2025. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

On January 16, 2025, this Court received a letter filed by the appellant and construed the letter as her brief. On January 17, 2025, the Clerk of the Court notified appellant that the brief did not comply with Texas Rules of Appellate Procedure 9.4(g), 9.4(i)(3), 9.4(j)(4), 9.5, and 38.1(a)–(d), (f)–(j) and advised that if the defects were not cured within ten days from the date of the notice, the appeal shall be dismissed. *See id.* R. 9.4(g), 9.4(i)(3), 9.4(j)(4), 9.5, 38.1(a)–(d), (f)–(j), 42.3(b), (c). On January 27, 2025, appellant filed an amended brief. On January 29, 2025, the Clerk of the Court notified appellant that the amended brief did not comply with Texas Rules of Appellate Procedure 9.4(g), 9.4(i)(3), 9.5(d), (e), and 38.1(a)–(k). *See id.* R. 9.4(g), 9.4(i)(3), 9.5(d), (e), 38.1(a)–(k). Appellant was instructed to file a second amended brief that complies with the rules and further advised that if another brief filed did not comply, "the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief." On February 10, 2025, appellant filed a motion for extension of time to file the second amended brief. This Court granted the extension to February 20, 2025. On February 20, 2025, appellant's second amended brief was received but did not comply with Texas Rules of Appellate Procedure 9.4(g), 9.4(i)(3), 9.5(d), (e), and 38.1(a)–(k). *See generally id.* R. 9.4, 9.5, 38.1.

Appellant has failed to comply with the requirements of the Texas Rules of Appellate Procedure and has failed to comply with the notices from the Clerk of the Court to cure the defect. *See id.* R. 38.8(a)(1), 42.3(c). Accordingly, we strike appellant's second

2

amended brief. The Court, having considered the documents on file and appellant's failure to cure the defect, is of the opinion that the appeal should be dismissed. Accordingly, the appeal is dismissed for want of prosecution. *Id*. R. 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
27th day of February, 2025.